1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     ANTHONY J. FOSTER,                         No.  2:21-cv-00121-TLN-DMC

12                    Plaintiff,

13          v.                                     **ORDER**

14     COBELLO, et al.,

15                    Defendants.

16

17          Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action under 42 U.S.C. §

18     1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of

19     California local rules.

20          On October 27, 2021, the Magistrate Judge filed findings and recommendations herein

21     which were served on the parties and which contained notice that the parties may file objections

22     within the time specified therein.  No objections to the findings and recommendations have been

23     filed.

24          The Court has reviewed the file and finds the findings and recommendations to be

25     supported by the record and the Magistrate Judge's analysis.

26     ///

27     ///

28     ///

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The findings and recommendations filed October 27, 2021, are adopted in full;

3    2.    This action is dismissed without prejudice for lack of prosecution and failure to

4    comply with court rules and orders; and

5    3.    The Clerk of the Court is directed to enter judgment and close this file.

6    **DATED:  January 10, 2022**

Troy L. Nunley
United States District Judge